UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C 12-4096 PJH

**JUDGMENT**

The court having dismissed this action for failure to state a claim,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 28, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge